UNION DIME SAVINGS BANK, Respondent, *v.* AUGUST W. BROCKMEYER, Appellant, Impleaded with Others.

*Union Dime Savings Bank* v. *Brockmeyer*, 155 App. Div. 934, affirmed.
(Submitted April 26, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 5, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mortgage on real property. The judgment directed the entry of judgment for any deficiency against defendant, appellant, as maker of the bond secured by the mortgage foreclosed. The

defense was that there had been an extension granted by the plaintiff to a subsequent grantee of the property and an increase of the rate of interest from four to four and one-half and from four and one-half to five per cent without his knowledge or consent, and by reason of such extension and alteration of the terms of the bond he was released and discharged.

*Ira Leo Bamberger, Sidney Lowenthal* and *Samuel P. Tull* for appellant.

*Frederick C. Tanner* and *Frederick C. Lawyer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.  Absent: WILLARD BARTLETT, Ch. J.